IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRYSTAL BASCOM,<br><br>   Plaintiff,<br><br>v.<br><br>INSIGHT GLOBAL, LLC,<br><br>   Defendant. | Civil Action No.<br><br>1:22-cv-02108-MLB-RDC<br><br>JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Krystal Bascom and Defendant INSIGHT GLOBAL, LLC, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action.  All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page.]*

1

Respectfully submitted this 13th day of September 2022.

| **BARRETT & FARAHANY** | **JACKSON LEWIS P.C.** |
|---|---|
| *s/ Amanda A. Farahany* | *s/ Evan M. Rosen* |
| Amanda A. Farahany | Evan M. Rosen |
| Georgia Bar No. 646135 | Georgia Bar No. 649716 |
| P.O. Box 530092 | */s/ Ronald M. Fields* |
| Atlanta, GA 30353 | Ronald M. Fields |
| Tel. (404) 214-0120 | Georgia Bar No. 426256 |
| Fax (404) 214-0125 | evan.rosen@jacksonlewis.com |
| amanda@justiceatwork.com | ronald.fields@jacksonlewis.com |
| | 171 17th St. NW, Ste. 1200 |
| | Atlanta, Georgia 30309 |
| | Tel: 404-586-1837 |
| | Fax: 404-525-1173 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRYSTAL BASCOM,<br><br>   Plaintiff,<br><br>v.<br><br>INSIGHT GLOBAL, LLC,<br><br>   Defendant. | Civil Action No.<br><br>1:22-cv-02108-MLB-RDC<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this 13th day of September 2022.

**BARRETT & FARAHANY**

s/ *Amanda A. Farahany*
Amanda A. Farahany
Georgia Bar No. 646135

3